# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————

JAMES ARTHUR QUEENAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1954

————————————

September 19, 2025

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Bryant R. Camareno, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

————————————

Opinion subject to revision prior to official publication.